

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00021-CV

IN RE GILEAD SCIENCES, INC.

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Relator has filed a petition for a writ of mandamus, asking this Court to direct the Honorable Brad Morin, judge of the 71st Judicial District Court of Harrison County, to dismiss the amended petition of the Real Parties in Interest pursuant to Rule 91a of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 91a. The Court, having examined and fully considered Relator's mandamus petition, the mandamus record, and the applicable law, is of the opinion that Relator's mandamus petition should be denied.

Accordingly, we deny Relator's petition for a writ of mandamus.[1]


Charles van Cleef
Justice

Date Submitted:     March 14, 2024
Date Decided:       March 15, 2024

---

[1]In addition, we deny Relator's motion to stay.